NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WOODROW WOODS AND MARINE EXHAUST SYSTEMS, INC.,**
*Plaintiffs-Appellees,*

v.

**DEANGELO MARINE EXHAUST, INC.,**
*Defendant-Appellant.*

---

2010-1478

---

Appeal from the United States District Court for the Southern District of Florida in case no. 08-CV-81579, Judge Daniel T.K. Hurley.

---

ON MOTION

---

Before GAJARSA, *Circuit Judge.*

## ORDER

Woodrow Woods and Marine Exhaust Systems, Inc. (MES) move without opposition to substitute Denise J. Bleau as counsel and withdraw Jennifer E. Simpson, as counsel. MES also moves for leave to exceed the word limitation and file an answer brief of up to 15,440 words.

DeAngelo Marine Exhaust does not object, provided that it may also exceed the word limit in its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to substitute counsel is granted.

(2) The motion to exceed the word limitation is denied. MES's reply brief, not to exceed 14,000 words, is due within 14 days of the date of filing of this order.

FOR THE COURT

__JUN 0 1 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jennifer E. Simpson, Esq.
    Michael C. Cesarano, Esq.
    Denise J. Bleau, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 1 2011

JAN HORBALY
CLERK